UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2017

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Renteria, Justin Boyd | Docket No. | 0980 2:17CR00150-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29 day of September 2017 under the following conditions:

**Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Renteria disclosed he used marijuana on or about November 25, 2017. He provided a random urinalysis sample on November 29, 2017, that was presumptive positive for tetrahydrocannabinol (THC). This officer met with Mr. Renteria on that same day and he signed an admission form confirming his use of marijuana on the noted date.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 30, 2017 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[XX] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Sistrhan*
Signature of Judicial Officer

11/30/2017
Date