FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BOYD RENTERIA,<br><br>Defendant. | No. 2:17-CR-00150-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VISIT FAMILY FOR CHRISTMAS |

Before the Court is Defendant's Motion to Visit Family for Christmas. ECF No. 48. Defendant recites in his motion that the United States does not oppose the motion. ECF No. 48 at 2. At the time of filing, defense counsel had not yet heard back from U.S. Probation regarding their position on the motion. ECF No. 48 at 2. Since that time, U.S. Probation Officer Krous has been in contact with both defense counsel and the Court and reports no objection to the motion.

Specifically, Defendant requests permission to visit the family home on December 25, 2017 from 9:00 a.m. to 9:00 p.m. to celebrate Thanksgiving.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 48**, is **GRANTED**. Defendant is permitted to be with his family at the family home from 9:00 a.m. to 9:00 p.m. on December 25, 2017. Defendant shall provide Pretrial Services a telephone number where he may be contacted at any time.

ORDER ~ 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 20, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2