FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BOYD RENTERIA,<br><br>Defendant. | No. 2:17-CR-00150-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VISIT FAMILY FOR CHRISTMAS EVE |

 Before the Court is Defendant's Motion to Visit Family for Christmas. ECF No. 52. Defendant recites in his motion that the neither the United States nor the U.S. Probation Office oppose the motion. ECF No. 52 at 2.

 Specifically, Defendant's motion requests permission to visit the family home on December 24, 2017 from 9:00 a.m. to 9:00 p.m. to celebrate Christmas Eve. However, the Court was advised by U.S. Probation that the family opens presents at midnight on Christmas Eve and would therefore modify Defendant's request to allow him to visit the family home from 6:00 p.m. on Christmas Eve to 12:30 a.m. on Christmas day.

 Therefore**, IT IS ORDERED**, that Defendant's Motion, **ECF No. 52**, is **GRANTED as modified**. Defendant is permitted to be with his family at the family home from **6:00 p.m. on December 24, 2017 to 12:30 a.m. on December 25, 2017.** Defendant shall provide Pretrial Services a telephone number where he may be contacted at any time.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 22, 2017.



_/s/ James P. Hutton_
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE
