FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JUSTIN BOYD RENTERIA,<br><br>               Defendant. | No.   1:17-cr-00150-SAB<br><br>ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

Before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography, ECF No. 60. Defendant is represented by Andrea George and Matthew Campbell. The United States is represented by Scott Jones.

The parties stipulate to procedures to comply with 18 U.S.C. § 3509(m) that will allow Defendant the opportunity to effectively prepare his defense in this case while serving the Government's interest in protecting against further dissemination of child pornography contraband that would be harmful to the victims. The Court finds good cause to accept and enter the Stipulation.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography, ECF No. 60, is **GRANTED**.

2. The Court accepts and enters the Stipulation, ECF No. 60, agreed to by the parties in this matter.

3. The defense team shall not make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this Stipulation and Order. The defense

ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND ~ 1

team agrees that it is forbidden from removing any contraband images from the government reviewing facility. Defense experts will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. Defense experts shall be provided with access to a CD/DVD burner and disks to copy their report onto optical media.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th of March 2018.



Stanley A. Bastian
United States District Judge

ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND ~ 2