# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2018

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Renteria, Justin Boyd | Docket No. | 0980 2:17CR00150-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29 day of September 2017 under the following conditions:

**Special Condition #2**: Defendant shall abstain totally from the use of Alcohol.

**Special Condition #3**: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Office.

**Standard Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Renteria disclosed on March 28, 2018, during a home visit that he had "drank a beer" while visiting with his brother on March 25, 2018.

**Violation #2:** Mr. Renteria missed his random urinalysis testing on March 27, 2018. This officer spoke with him and granted permission for him to make up the test the fallowing day, however, he did not make it to the contract provider before they closed.

**Violation #3:** This officer conducted a home visit on the evening of March 28, 2018, and collected a random urinalysis test from Mr. Renteria that was presumptive positive for tetrahydrocannabinol (THC), cocaine, amphetamine and methamphetamine. The sample was sent for further laboratory analysis, which was confirmed positive for marijuana metabolites and amphetamines on April 2, 2018. This officer spoke with Mr. Renteria on April 9, 2018, and he denied amphetamine use and said he may have eaten an edible THC product but denied smoking any marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  April 9, 2018 |
| by | s/Stephen Krous |
| | Stephen Krous
U.S. Pretrial Services Officer |

PS-8

Re: Renteria,, Justin Boyd
April 9, 2018
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*m.k.Dimke*

_____
Signature of Judicial Officer

4/9/2018
_____
Date