# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Renteria, Justin Boyd | Docket No. | 0980 2:17CR00150-SAB-1 |

**Petition to be Incorporated with the Previous Violations**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29th day of September 2017, under the following conditions:

**Special Condition #8**: Defendant shall require defendant to remain in his/her home during prescribed times in accordance with one of the three program components (curfew, home detention and home incarceration) and requires some form of location monitoring. Additionally, the condition may require the defendant to be monitored in the community by the form of location monitoring and shall abide by all technology requirements. Voice recognition is considered a form of location monitoring and would be included in this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** On April 23, 2018, Mr. Renteria had a daily schedule for work purposes; however, this officer received an electronic monitoring alert indicating the defendant had entered the exclusion zone where the alleged victim resides. He traveled to the area without permission from this officer or the U.S. Probation/Pretrial office.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  April 25, 2018

by  s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

Re: Renteria,, Justin Boyd
April 25, 2018
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/25/2018

Date