✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2018

SEAN F. McAVOY, CLERK

U.S.A. vs.    Justin Boyd Renteria    Docket No.    0980 2:17CR00150-SAB-1

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court in Yakima, Washington, on September 28, 2017, under the following conditions:

**Standard Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #3**: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services office.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Renteria provided a random urine sample on June 4, 2018, which tested presumptive positive for methamphetamine. The sample was confirmed positive for methamphetamine on June 8, 2018, via laboratory analysis. Mr. Renteria provided a urine sample on June 6, 2018, at his residence, which tested presumptively positive for amphetamine, methamphetamine, and THC. The sample was sent for further laboratory analysis and determined to be positive for marijuana and methamphetamine on June 12, 2018.

**Violation #2:** Mr. Renteria missed his random urinalysis test on May 29, 2018. He was given permission to make it up on May 31, 2018, but failed to complete the test stating he was at work. This officer granted him permission for him to make up the test on June 1, 2018, however he failed to complete the test.

     PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    June 14, 2018 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

Re: Renteria,, Justin Boyd
June 14, 2018
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____June 14, 2018_____
Date