# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 02, 2018**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Renteria, Justin Boyd | Docket No. | 0980 2:17CR00150-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 3 day of October 2017, under the following conditions:

**Standard Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #3:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial office.

**Special Condition #8**: Defendant shall require defendant to remain in his/her home during prescribed times in accordance with one of the three program components) curfew, home detention and home incarceration) and requires some form of location monitoring. Additionally, the condition may require the defendant to be monitored in the community by the form of location monitoring and shall abide by all technology requirements. Voice recognition is considered a form of location monitoring and would be included in this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Renteria provided a random urinalysis sample on July 6, 19, and 30, 2018, which tested presumptive positive for methamphetamine. The first two samples were confirmed by laboratory analysis to be positive for methamphetamine. Mr. Renteria admitted to using methamphetamine prior to the tests, signed an admission form confirming his drug use and disclosed his last use of the drug was on July 28, 2018.

**Violation #2:** Mr. Renteria failed to attend his random urinalysis test on July 5, 17, and 27, 2018.

**Violation #3:** On July 27, 2018, per his electronic monitoring work schedule, Mr. Renteria was to be home at 4 p.m., however, he did not arrive back at his residence until approximately 5:29 p.m.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 2, 2018

by    s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

8/2/2018
Date