# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Renteria, Justin Boyd | Docket No. | 0980 2:17CR00150-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 3 day of October 2017, under the following conditions:

**Standard Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #3:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Renteria is consider to be in violation of his condition of release by providing a urine sample which was presumptive positive for tetrahydrocannabinol (THC) and methamphetamine. He admitted to using marijuana and signed an admission form confirming his drug use.

On September 30, 2017, an officer from U.S. Probation met Mr. Renteria at his residence and reviewed the pretrial release conditions and the defendant verbalized and signed acknowledging he understood the release conditions, to include Standard Condition #9.

Mr. Renteria provided a random urinalysis sample on October 25, and 26, 2018, which tested presumptive positive for THC and methamphetamine. Both urinalysis samples have been sent to the laboratory for further analysis. Mr. Renteria admitted to using marijuana on or about October 22, 2018, and signed an admission form confirming his drug use on October 25, 2018. He denied using methamphetamine.

On October 30, 2018, the undersigned received a drug test report from Alere Laboratories stating the urine sample collected on October 25, 2018, was confirmed positive for the presence of amphetamine, methamphetamine and marijuana.

**Violation #2:** Mr. Renteria is consider to be in violation of his condition of release by failing to provide a random urinalysis sample on October 24, 2018.

On September 30, 2017, an officer from U.S. Probation met Mr. Renteria at his residence and reviewed the pretrial release conditions and the defendant verbalized and signed, acknowledging he understood the release conditions, to include Special Condition #3.

Mr. Renteria failed to provide a random urinalysis sample on October 24, 2018, at The Center in Wenatchee, Washington.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    October 30, 2018

by    s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

October 31, 2018

Date