PROB 12C
(6/16)

Report Date: November 12, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Justin Boyd Renteria | Case Number: 0980 2:17CR00150-SAB-1 |
| Address of Offender: | Malaga, Washington 98828 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 21, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography , 18 U.S.C. § 2252(a)(5)(B), (b)(2) | |
| Original Sentence: | Prison - 40 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: September 4, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: September 3, 2030 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You may access on-line "computer," or Internet services, except that you must not access any on-line computer or Internet services, sites, or media that includes or feature material that depicts "sexually explicit conduct" involving adults or "minor[s]," "child pornography," or "visual or auditory depictions" of "minor[s]" engaged in "sexually explicit conduct," all as defined in 18 U.S.C. § 2256. |
| | **Supporting Evidence**: Justin Boyd Renteria is alleged to have violated his conditions of supervised release by viewing pornography on or about September 4, 2020, after his release from the Bureau of Prison Residential Reentry Center (RRC) |
| | On September 8, 2020, this officer reviewed the judgement and sentence with Justin Boyd Renteria.  He stated he understood the conditions of his supervised release, which included special condition number 3.  Due to COVID-19, a copy of the judgment and sentence was emailed to Mr Renteria. |
| | Mr. Renteria completed a Sexual History Polygraph exam on September 22, 2020, at which time he disclosed to the examiner he had viewed pornography shortly after his release from the RRC facility. The examiner also noted Mr. Renteria was "inconclusive" when asked if he had lied to the examiner about sexual contact with minors. |

Prob12C
**Re: Renteria, Justin Boyd**
**November 12, 2020**
**Page 2**

On October 29, 2020, this officer spoke with Mr. Renteria's counselor who advised during Mr. Renteria's Sexual History Polygraph, he disclosed he had viewed pornography shortly after his release from the RRC facility.

On November 3, 2020, this officer spoke with Mr. Renteria. He indicated he had completed the polygraph on September 22, 2020. Mr. Renteria confirmed he had viewed pornography shortly after his release from the RRC facility. He initially said he did not know it was a violation of his supervised release. Mr. Renteria later confirmed he knew he was not allowed to view any pornography and knew it was a violation of his term of supervision. He said, "I knew it was a big deal, but not that big of a deal. I didn't know I would get a violation. I guess I screwed up big time."

Mr. Renteria stated he had an old cellular phone at the residence and when he was released from the RRC, he turned the phone on and viewed the pornography. He indicated that the cellular phone was broken by his children and it is no longer functional.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 12, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

11/13/2020
Date