PROB 12C
(6/16)

Report Date: December 2, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2020**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Justin Boyd Renteria | Case Number: | 0980 2:17CR00150-SAB-1 |
| Address of Offender: | , Malaga, Washington 98828 | | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 21, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | | |
| Original Sentence: | Prison - 40 months; TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | September 4, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | September 3, 2030 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 11/13/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #12**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |
| | **Supporting Evidence**: Justin Boyd Renteria is alleged to have violated his conditions of supervised release by failing to attend his individual sex offender counseling session on December 1, 2020. |
| | On September 8, 2020, this officer reviewed the judgement and sentence with Justin Boyd Renteria. He stated he understood the conditions of his supervised release, which included special condition number 12. Due to COVID-19, a copy of the judgment and sentence was emailed to Mr Renteria. |

Prob12C
**Re: Renteria, Justin Boyd**
**December 2, 2020**
**Page 2**

On December 2, 2020, this officer spoke with Mr. Renteria's sex offender counselor Ken Schafer who advised the offender failed to attend his scheduled individual sex offender counseling session on December 1, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 2, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

12/4/2020
Date