PROB 12C
(6/16)

Report Date: May 28, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Boyd Renteria               Case Number: 0980 2:17CR00150-SAB-1

Address of Offender:                Malaga, Washington 98828

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 21, 2018

Original Offense:     Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B), (b)(2)

Original Sentence:    Prison - 40 months            Type of Supervision: Supervised Release
                      TSR - 120 months

Asst. U.S. Attorney:  Alison L. Gregoire            Date Supervision Commenced: September 4, 2020

Defense Attorney:     Andrea George                 Date Supervision Expires: September 3, 2030

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**:  You must not have direct contact with your own children who are under the age of 18, without another approved adult being present during the contact.  You and your treatment provider must provide the probation officer a list of approved adults.  If you do have any direct contact with your own children who are under the age of 18, without another approved adult being present, you must report this contact to the probation officer within 24 hours. Direct contact includes in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places. |
| | **Supporting Evidence**: Justin Boyd Renteria is alleged to have violated his conditions of supervised release by being alone with his daughter on May 12, 2021. |
| | On April 1, 2021, Mr. Renteria participated in a supervised release revocation hearing with the Court. The Court imposed the above-noted special condition as recommended by U.S. Probation.  Mr. Renteria understood the additional special condition and agreed to comply with the additional special condition of his supervised release. |
| | On May 12, 2021, Mr. Renteria sent this officer a text message stating he had to pick up his youngest daughter from the babysitter and he was alone with his daughter for less than 10 minutes, because his wife was purchasing a vehicle and was unable to pick up their daughter. |

Prob12C
Re: Renteria, Justin Boyd
May 28, 2021
Page 2

The following day this officer spoke with Mr. Renteria on the telephone. Mr. Renteria explained that his wife was purchasing a vehicle on May 12, 2021, and he had to pick up their daughter from the babysitter and take her to the car dealership where his wife was at. He knew that he violated the conditions of his supervised release and would accept full responsibility for his actions.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

6/1/2021

Date