PROB 12C
(6/16)

Report Date: June 21, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Justin Boyd Renteria | Case Number: | 0980 2:17CR00150-SAB-1 |
| Address of Offender: | ▇▇▇▇▇▇▇ Malaga, Washington 98828 | | |
| Name of Sentencing Judicial Officer: | The Honorable Stanley A. Bastian, Chief U.S. District Judge | | |
| Date of Original Sentence: | December 21, 2018 | | |
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B),(b)(2) | | |
| Original Sentence: | Prison - 40 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | September 4, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | September 3, 2030 |

### PETITIONING THE COURT

To issue a summons.

On September 4, 2020, Justin Boyd Renteria began his term of supervised release. On September 8, 2020, a probation officer reviewed the judgment and sentence with Mr. Renteria; he acknowledged a full understanding of his conditions of probation.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming methamphetamine and marijuana on or about May 7, 2022.<br><br>On May 9, 2022, Mr. Renteria called this officer and admitted to consuming marijuana on May 6, 2022, and methamphetamine on May 7, 2022. Mr. Renteria was honest about his use of controlled substances and was receptive to completing an updated substance abuse assessment. |
| 2 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Renteria, Justin Boyd**
**June 21, 2022**
**Page 2**

        **Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about May 20, 2022.

        On May 20, 2022, Mr. Renteria reported to The Center for Drug and Alcohol Treatment in Wenatchee, Washington, and informed treatment staff he consumed methamphetamine on or about May 20, 2022. Mr. Renteria signed a drug use admission form.

3      **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about June 1, 2022.

        On June 1, 2022, Mr. Renteria reported to The Center for Drug and Alcohol Treatment in Wenatchee, Washington, and provided random drug test. The test was sent to the laboratory for testing. On June 6, 2022, the lab report returned positive for the presence of methamphetamine.

4      **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about June 14, 2022.

        On June 14, 2022, this officer contacted Mr. Renteria at his residence and collected a drug test. The drug test was presumptive positive for methamphetamine. Mr. Renteria denied any recent drug use and the sample was sent to the laboratory for testing. Results are still pending from the laboratory when this petition was written.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   June 21, 2022

        s/Phil Casey

        Phil Casey
        U.S. Probation Officer

Prob12C
Re: Renteria, Justin Boyd
June 21, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

6/21/2022
Date