PROB 12C
(6/16)

Report Date: August 15, 2022

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Justin Boyd Renteria | Case Number: 0980 2:17CR00150-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Malaga, Washington 98828 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: December 21, 2018 | |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B),(b)(2) | |
| Original Sentence: Prison - 40 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>July 28, 2022 | Prison - 5 days home confinement<br>TSR - 96 months |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: July 28, 2022 |
| Defense Attorney: Andrea George | Date Supervision Expires: July 27, 2030 |

### PETITIONING THE COURT

To issue a warrant.

On July 28, 2022, Justin Boyd Renteria participated in a supervised release revocation hearing and Mr. Renteria was advised of his special conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about August 10, 2022. |
| | On August 8, 2022, Mr. Renteria called this officer and stated he was not feeling well and was unable to report for his random drug test.  Mr. Renteria was excused from providing a drug test due to his illness. |
| | On August 10, 2022, this officer called Mr. Renteria and directed him to report to the Center for Alcohol and Drug Treatment (Center) to provide a drug test.  Mr. Renteria made a |

Prob12C
Re: Renteria, Justin Boyd
August 15, 2022
Page 2

commitment to report to the Center on August 10, 2022. However, Mr. Renteria failed to report as directed on August 10, 2022, because he had to take a family member to a medical appointment.

Mr. Renteria reported to the Center on August 11, 2022, and prior to giving a drug test, he admitted to consuming methamphetamine on August 10, 2022. Mr. Renteria signed a drug use admission form. He also sent this officer a text message admitting to using methamphetamine on August 10, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 15, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/15/2022

Date