PROB 12C
(6/16)

Report Date: October 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Boyd Renteria                    Case Number: 0980 2:17CR00150-SAB-1

Address of Offender:                  Malaga, Washington 98828

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 21, 2018

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2)

Original Sentence:       Prison - 40 months              Type of Supervision: Supervised Release
                         TSR - 120 months

Revocation Sentence:     Prison - 5 days home confinement
(July 28, 2022)          TSR - 96 months

Asst. U.S. Attorney:     Alison L. Gregoire              Date Supervision Commenced: July 28, 2022

Defense Attorney:        Justin Lonergan                 Date Supervision Expires: July 27, 2030

### PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 15, 2022.

On July 28, 2022, Justin Boyd Renteria participated in a supervised release revocation hearing and Mr. Renteria was advised of his special conditions. On September 8, 2022, Mr. Renteria reviewed and signed his revocation judgment acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #13**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Renteria is alleged to have violated his supervised release conditions by being unsuccessfully discharged from inpatient treatment at American Behavior Health Systems (ABHS) on October 6, 2022. |

Prob12C
Re: Renteria, Justin Boyd
October 7, 2022
Page 2

On October 6, 2022, this officer spoke with a clinical supervisor at ABHS regarding Mr. Renteria. Due to Mr. Renteria's behavior at the facility, the decision was made to unsuccessfully discharge him from the inpatient treatment program. It was reported that Mr. Renteria was not amenable to treatment and was causing discontent among the other clients in the facility.

On October 7, 2022, Mr. Renteria called this officer and reported he was removed from ABHS this morning and was on his way to the Greyhound bus station to catch a bus back to Wenatchee, Washington. Mr. Renteria is going to attempt to get into another inpatient treatment program.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Renteria is scheduled to appear before the Court on October 13, 2022, for a supervised release revocation hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 7, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Stanley A. Bastian

Signature of Judicial Officer

10/7/2022
Date