PROB 12C
(6/16)

Report Date: January 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Justin Boyd Renteria | Case Number: 0980 2:17CR00150-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Malaga, Washington 98828 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: December 21, 2018 | |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B),(b)(2) | |
| Original Sentence: Prison - 40 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>July 28, 2022 | Prison - 5 days home confinement<br>TSR - 96 months |
| Revocation Sentence:<br>October 13, 2022 | Prison - 30 days<br>TSR - 96 months |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: November 9, 2022 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: November 8, 2030 |

### PETITIONING THE COURT

To issue a warrant.

On October 13, 2022, Justin Boyd Renteria participated in a supervised release revocation hearing and Mr. Renteria was advised of his special conditions. On November 22, 2022, Mr. Renteria's conditions of supervised release were once again reviewed with him.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about December 15, 2022. |

Prob12C
**Re: Renteria, Justin Boyd**
**January 19, 2023**
**Page 2**

On December 15, 2022, Mr. Renteria reported to The Center for Alcohol and Drug Treatment (The Center) to provide a random drug test. The drug test was sent to Alere Toxicology Services for testing. On December 24, 2022, U.S. Probation received a drug test report showing a positive result for methamphetamine. Mr. Renteria was questioned several times about the positive drug test and he denied consuming any controlled substances.

2    **Special Condition #13**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by failing to start substance abuse treatment at New Path after his release from confinement on November 9, 2022.

On January 10, 2023, U.S. Probation received a progress report from New Path. The progress report stated Mr. Renteria has not been seen at New Path since November 15, 2022, and multiple attempts have been made to contact Mr. Renteria by phone and letters. Mr. Renteria failed to respond to New Path and is not engaged in recommended treatment services.

3    **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by failing to report for a random drug test on January 17, 2023, at The Center.

On January 18, 2023, U.S. Probation received notice from The Center that Mr. Renteria failed to show up for his random drug test on January 17, 2023. According to staff at The Center, Mr. Renteria called the color line as directed on January 17, 2023, and was informed it was his color. Mr. Renteria informed staff he would report before 4:30 p.m. to provide his drug test.

On January 17, 2023, Mr. Renteria failed to show up for his random drug test. The following day this officer spoke with Mr. Renteria and directed him to report to The Center on January 18, 2023, to provide a make up drug test.

On January 18, 2023, Mr. Renteria reported to The Center after the facility stopped collecting drug tests and was unable to provide a drug test. Mr. Renteria called this officer and stated he got stuck in traffic and made it to The Center as soon as he could to make up his drug test. He also expressed confusion about the time this officer directed Mr. Renteria to report to The Center for his drug test.

Prob12C
Re: Renteria, Justin Boyd
January 19, 2023
Page 3

| | | |
|---|---|---|
| 4 | | **Special Condition #12**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by failing to attend his sex offender counseling session on January 18, 2023.

On January 19, 2023, this officer spoke with Mr. Renteria's sex offender counselor, Ken Schafer, who advised the offender failed to attend his scheduled sex offender counseling session on January 19, 2023. Mr. Schafer reported the offender sent him a text message after the treatment session started and Mr. Renteria reported he did not show up because he fell asleep.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 19, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/20/2023

Date