PROB 12C
(6/16)

Report Date: October 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Justin Boyd Renteria | Case Number: 0980 2:17CR00150-SAB-1 |
| Address of Offender: ███████████, Washington 98828 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 21, 2018

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B),(b)(2) | |
| Original Sentence: | Prison - 40 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>July 28, 2022 | Prison - 5 days home confinement<br>TSR - 96 months | |
| Revocation Sentence:<br>October 13, 2022 | Prison - 30 days<br>TSR - 96 months | |
| Revocation Sentence:<br>February 9, 2023 | Prison - 5 months<br>TSR - 88 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June 30, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: November 8, 2030 |

### PETITIONING THE COURT

To incorporate the violations contained in the petition in future proceedings with the violations previously reported to the Court on September 22, 2023.

On July 6, 2023, Mr. Renteria's conditions of supervised release were reviewed with him.  He signed his revocation judgment acknowledging an understanding of his conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by consuming methamphetamine and marijuana on or about October 1, 2023. |

Prob12C
**Re: Renteria, Justin Boyd**
**October 16, 2023**
**Page 2**

On October 2, 2023, Mr. Renteria self-surrendered to the United States Marshals (USMS) in Yakima. After Mr. Renteria was processed by the USMS, the offender provided a drug test. Prior to providing a sample, Mr. Renteria informed this officer he consumed marijuana prior to self-surrendering to calm his nerves. The sample he provided returned presumptive positive for methamphetamine and marijuana. Initially, Mr. Renteria denied consuming methamphetamine; however, as this officer was preparing the sample to send to the laboratory for testing, Mr. Renteria admitted to snorting methamphetamine on October 1, 2023.

5      **Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by being in possession of marijuana on October 13, 2023.

On October 13, 2023, U.S. Probation conducted a search of Mr. Renteria's residence in Malaga, Washington. Officers located five small bags of marijuana and four small mason jars of marijuana in the offender's bedroom. Mr. Renteria claimed the marijuana belonged to his wife. It should be noted that Mr. Renteria's personal items were in this bedroom, including the charger for his Global Positioning System (GPS) equipment.

Additionally, a small bag of marijuana was located in the camping trailer outside the residence. Mr. Renteria previously informed this officer he had been sleeping in the trailer because he and his wife were not getting along.

6      **Standard Condition #10:** You must not own, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that is was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by being in possession of a large knife on October 13, 2023.

On October 13, 2023, U.S. Probation conducted a search of Mr. Renteria's vehicle, a white Dodge pick up truck. U.S. Probation Officer Mendoza located a large knife on the floor behind the front seat of the offender's truck. The knife was approximately 9 inches long and was not in a sheath.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceeding with the violations previously reported to the Court. Mr. Renteria is scheduled to appear before the Court on October 18, 2023, for a supervised release revocation hearing.

Prob12C
Re: Renteria, Justin Boyd
October 16, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 16, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/16/2023

Date