UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Justin Boyd Renteria | Docket No. | 0980 2:17-CR-00150-SAB-1 |

**Petition for Warrant on Conditions of Pre-Revocation Hearing Release Conditions**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Justin Boyd Renteria, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 2nd day of October, 2023, under the following pre-revocation hearing release conditions:

**1. GPS Monitoring:** Defendant shall participate in a program of GPS location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

**2. Home Incarceration**: Defendant shall be restricted to his residence at all times, except for medical necessities and court appearances or other activities specifically approved by the Court. Defendant may attend employment as deemed appropriate by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 2, 2023, Mr. Renteria made an initial appearance for supervised release violations in a petition filed on September 22, 2023. At the time of the hearing, the United States withdrew its motion for detention and Mr. Renteria was released on GPS monitoring and home incarceration. The Court was very clear with Mr. Renteria and explained he may only leave his residence for employment as approved by United States Probation.

**Violation #1:** Justin Boyd Renteria is alleged to be in violation of his pre-revocation hearing release conditions by leaving his residence with out approval at 4:10 a.m. on October 11, 2023.

On October 11, 2023, at 4:07 a.m. Mr. Renteria sent this officer a text message stating his sister-in-law's vehicle broke down at the dog park by the river in Wentachee, Washington and he was going to tow her car home. Mr. Renteria did not wait for a response from U.S. Probation and left his residence at 4:10 a.m. At 8:01 a.m. this officer spoke with Mr. Renteria about his choice to leave his residence with out permission this morning. Mr. Renteria explained his friend called him and needed help with her vehicle, so he left his residence to help his friend. When Mr. Renteria was questioned about who he went to help, he stated he lied to this officer and U.S. Probation Officer Lee when he reported he was going to help his wife's sister. He did not think probation would approve him leaving his residence to help his friend.

PS-8

**Re: Renteria, Justin Boyd**
**October 11, 2023**
**Page 2**

## PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2023

by s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

October 11, 2023

Date