PROB 12C
(6/16)

Report Date: September 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Justin Boyd Renteria | Case Number: | 0980 2:17CR00150-SAB-1 |
| Address of Offender: | ▮▮▮▮▮▮▮▮ Malaga, Washington 98828 | | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 21, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B),(b)(2) | | |
| Original Sentence: | Prison - 40 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>July 28, 2022 | Prison - 5 days home confinement<br>TSR - 96 months | | |
| Revocation Sentence:<br>October 13, 2022 | Prison - 30 days<br>TSR - 96 months | | |
| Revocation Sentence:<br>February 9, 2023 | Prison - 5 months<br>TSR - 88 months | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | June 30, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | November 8, 2030 |

### PETITIONING THE COURT

To issue a warrant.

On July 6, 2023, Mr. Renteria's conditions of supervised release were reviewed with him.  He signed his revocation judgment acknowledging an understanding of his conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #12**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |

Prob12C
**Re: Renteria, Justin Boyd**
**September 22, 2023**
**Page 2**

      **Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by failing to attend his sex offender counseling session on September 5, 2023.

On September 6, 2023, this officer spoke with Mr. Renteria's sex offender counselor, Ken Schafer, who advised the offender failed to attend his scheduled sex offender counseling session on September 5, 2023. Mr. Schafer reported the offender did not show up or call to discuss why he could not attend.

2    **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by failing to report for a random drug test on September 11, and 13, 2023, at The Center for Alcohol and Drug Treatment (The Center).

On September 11, 2023, Mr. Renteria called The Center to check the color line. He was informed it was his color and he needed to report for his drug test. Mr. Renteria explained he was working late and asked permission to provide his drug test the following day. Staff at The Center directed Mr. Renteria to report on September 12, 2023, for his drug test.

On September 13, 2023, this officer spoke with Mr. Renteria and directed him to report to for a drug test at The Center by 10:30 a.m. At 12:36 p.m. Mr. Renteria sent this officer a text message and reported his vehicle broke down and he was not able to make it to The Center by 10:30 a.m. He stated he would be at The Center in a couple of hours to provide a drug test. Mr. Renteria never reported to The Center on September 13, 2023, as directed.

3    **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testings, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Renteria is alleged to have violated his conditions of supervised release by attempting to adulterate his drug test on September 19, 2023.

On September 19, 2023, Mr. Renteria reported to The Center to provide a drug test. The drug test was sent to Alere Toxicology Services for testing. On September 22, 2023, U.S. Probation received a drug test report showing the sample was adulterated and was not consistent with normal human urine. Due to the sample being adulterated, Alere Toxicology Services did not test the sample for controlled substances.

On September 22, 2023, Mr. Renteria was questioned about the drug test returning adulterated from the lab, and he denied attempting to adulterate his drug test

Prob12C
**Re: Renteria, Justin Boyd**
**September 22, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 22, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

9/22/2023

Date